UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAIRRAN MACHELL GREEN,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al*.,

    Defendants.

                              /

Case No. 1:06-CV-753

Hon. Richard Alan Enslen

**JUDGMENT**

In accordance with the Opinion issued on this date:

**IT IS HEREBY ORDERED** that Defendant United States of America's Motion to Set Aside Default and Dismiss Plaintiff's Claims (Dkt. No. 7) is **GRANTED**.

**IT IS FURTHER ORDERED** that the entry of default against Defendants Dr. Robert Bach and Westside Cherry Street Services in Kent County Circuit Court shall be **SET ASIDE**.

**IT IS FURTHER ORDERED** that Plaintiff Fairran Machell Green's Complaint is **DISMISSED WITHOUT PREJUDICE**.

Dated in Kalamazoo, MI:
February 16, 2007

       /s/Richard Alan Enslen
      Richard Alan Enslen
      Senior United States District Judge